UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**Rob Bowler** and **Jana Bowler,**

          **Plaintiffs,**

    v.                                    Civil No. 6:11-cv-06037-HO

**United States Bureau of Land Management** and
**U.S. Department of Interior**,

          **Defendants.**
_____

# JUDGMENT

This action is dismissed.

Dated: October 18, 2011


                MARY L. MORAN, Clerk


            by    s/ J. Wright
                J. Wright, Deputy Clerk